Deborah CARR, Plaintiff-Appellant,

v.

T. BILLY MOFFITT'S IRISH PUB, INC., Defendant-Respondent.

No. 46493.

Missouri Court of Appeals,
Eastern District,
Division One.

April 3, 1984.

Godfrey P. Padberg, Jane A. Hobbs, St. Louis, for plaintiff-appellant.

Daniel E. Wilke, Clayton, for defendant-respondent.

ORDER

PER CURIAM.

Action for damages as a result of ingestion of contaminated food. Plaintiff appeals contending judgment was inadequate. The trial court's judgment is affirmed pursuant to Rule 84.16(b).